AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| CECELIA JONES as parent....for minor disabled daughter J.J. <br><br> *Plaintiff(s)* <br> v. <br> THE SCHOOL BOARD OF MANATEE COUNTY, FLORIDA, A/K/A SCHOOL DISTRICT OF MANATEE COUNTY, FLORIDA, A/K/A MANATEE COUNTY SCHOOLS, a public school and Florida municipal an <br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   THE SCHOOL BOARD OF MANATEE COUNTY, FLORIDA
ATTN. Chad Choate, III, Chair; or in his absence, Supt. Dr. Laurie Brelin; or in her absence, any School Board member
215 Manatee Ave W
Bradenton, FL  34205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Allen Firm, P.A.
ATTN. Frank T. Allen, Esq.
2582 McGuire Rd
Ocoee, FL  34761
TEL:  407-481-8103
email:  FAllen@TheAllenFirmPA.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*